Francis X. Yeoman, Respondent, v. William Kenny, Appellant.— Judgment and order affirmed, with cost. All concur, except Sears, P. J., who dissents and votes for reversal on the law on the ground that the negligence of the plaintiff was a question of fact for the jury. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Anna Coniglio, as Administratrix, etc., of Francisco Coniglio, Deceased Respondent, v. Charles W. Bingham, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $6,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

Theresa Kuntz, Respondent, v. Lloyds Casualty Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. This case was determined upon the papers before us, and we considered the complaint as interpreted by the affidavits. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Hazel Underwood, Respondent, v. Fidelity-Phenix Fire Insurance Company of New York, Appellant.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

Emma P. Shourds, Plaintiff, v. Thomas H. Armstrong, Defendant.— Motion for a reargument denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Union Trust Company of Rochester, as Committee of the Property of Malina K. Vogan, Respondent, v. Lotta F. Calhoun, Appellant.— Motion for a reargument granted, upon stipulation. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

Commonwealth of Pennsylvania, for the Use and Benefit of Clarence Beals, Appellant, v. Paul R. Beals, Defendant; Hartford Accident and Indemnity Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Rolland B. Marvin, Respondent, v. Samuel Bonn and Another, Appellants.— Appeal dismissed, unless appellants shall file and serve printed records and briefs and pay ten dollars costs by November twenty-third. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Bertha Cohen, Respondent, v. Rochester Gas and Electric Corporation and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Edward J. Eckel, Respondent, v. Antonia Pappaceno and Others, Appellants.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.